**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FRITZ EMMANUEL LESLY MIOT, et al.,

Plaintiffs,

v.

DONALD J. TRUMP, President of the United States of America, et al.,

Defendants.

Civil Action No. 25-2471 (ACR)

**DECLARATION OF DANIEL ANDRADE**

I, Daniel Andrade, make the following declaration in lieu of an affidavit as permitted by Section 1746 of Title 28 of the United States Code. I am aware that this declaration will be filed with the United States District Court for the District of Columbia, and that it is the legal equivalent of a statement under oath.

1. I am the Acting Deputy Associate Director for the Service Center Operations Directorate of U.S. Citizenship and Immigration Services ("USCIS"), which is within the U.S. Department of Homeland Security ("DHS").

2. The matters contained in this declaration are based upon my personal knowledge and information provided to me by other USCIS employees in the course of my official duties as Acting Deputy Associate Director.

3. I am responsible for providing operational leadership to Senior Executives within our Service Center Operations Directorate, where we screen, vet, and adjudicate various applications and petitions filed with USCIS.

4. On or about October 29, 2025, DHS learned that the Plaintiffs in the above-captioned case are proposing the following TPS beneficiaries to serve as class representatives:

    a. Fritz Emmanuel Lesly Miot
        i. Application for Temporary Protected Status approved 03/18/2011

    b. Rudolph Civil
        i. Application for Temporary Protected Status approved 11/03/2011

    c. Marlene Gail Noble
        i. Application for Temporary Protected Status approved 04/10/2024

d. Marica Merline Laguerre
   i. Application for Temporary Protected Status approved 06/10/2010

e. Vilbrun Dorsainvil
   i. Application for Temporary Protected Status approved 02/22/2022

5. Based on USCIS systems and information, all five proposed class representatives have had their I-821 Applications for Temporary Status approved and currently have TPS.

6. Based on USCIS systems and information, none of the five proposed class representatives have ever been subject to removal proceedings.

7. Based on USCIS systems and information, three of the five proposed representatives are seeking another form of relief from removal of the United States. The three class members seeking another form of relief are:

   a. Rudolph Civil
   b. Marica Merline Laguerre
   c. Vilbrun Dorsainvil

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

Dated: ____________________

DANIEL W ANDRADE
Digitally signed by DANIEL W ANDRADE
Date: 2025.11.07 06:38:23 -06'00'

Daniel Andrade
Acting Deputy Associate Director
Service Center Operations Directorate
U.S. Citizenship and Immigration Services
U.S. Department of Homeland Security